11 CV 6897

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Calvin Reed
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

City of New York
_____

New York Police Department
_____

_____

_____

_____

_____

SDNY RECEIVED
PRO SE OFFICE
2011 SEP 27 PM 1:23

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Calvin Reed
            ID # 34911123382
            Current Institution Manhattan Detention Complex
            Address For Men 125 White St., New York,
            N.Y. 10013

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                                1

Defendant No. 1   Name **Officer Bryant Pineda** Shield # **27382**
Where Currently Employed **24th Precinct**
Address

Defendant No. 2   Name **PO Ramon Gutierrez** Shield # **3921**
Where Currently Employed **24th Precinct**
Address

Defendant No. 3   Name **PO Duane Everett** Shield # **21908**
Where Currently Employed **24th Precinct**
Address

Defendant No. 4   Name **Sgt. Fox, Michael** Shield #
Where Currently Employed **24th Precinct**
Address

Defendant No. 5   Name **PO Croce** Shield #
Where Currently Employed **24th Precinct**
Address

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? **None**

B.   Where in the institution did the events giving rise to your claim(s) occur? **None**

C.   What date and approximate time did the events giving rise to your claim(s) occur? **7/28/11 10:30 PM**

Rev. 05/2007

2

D. Facts:

**What happened to you?** I was arrested by above officers, thereafter, taking to the 24th Precinct where the officers handcuffed me so tight that left both of my wrist with dark lines & damaged my nerves along side my thumb.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

Officer Pineda twist my arm, him & another cop, inside the Precinct. They threw me to the floor and handcuffed me very very tight where I couldn't breathe. Also, they shackled my feet to a bench inside the holding cell. When I request to go to the hospital, they refused to take me but when they did, officer Grace took me out of the cell. Him & P.O. Pineda took me to the hospital. Before leaving, P.O. Grace slammed me to the floor while Sgt. Micheal Fox looked on. The cops at this Precinct harass me every time because of previous complaints I filed against them with the Civilian Complaint Review Board & the Internal Affairs, in the year 2010. I can't enjoy being with family and love ones without the 24th Precinct police officers harassing me. Also, there were hotel residents who saw what happened to me by the cops.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Damaged Nerves, I spoke with the arresting officers about my wrist swelling up and if they can also take me to the emergency room for treatment but they just ignored me and took me to Bellevue hospital mental ward where I never was treated, the doctor at the mental ward refused to treat me.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

*Rev. 05/2007*                                           3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Here at MDC, I filed my claim. But, the incident happened on the streets of Manhattan.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?   N/A

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any?   N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:   N/A

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                4

informed, when and how, and their response, if any: __N/A__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Provided, I've already filed complaints with CCRB, IAB & my claim to the Comptroller's Office. And I intend to file more complaints to other agencies as well. As of Now, I'm waiting on paperwork; Mail from the CCRB & IAB Office in regards to this incident.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want the Court to protect me from the 24th Precinct Police Officers because I fear for my life whenever I see them on the street. I also want them disiplined by their Superiors ordered by this Court. For my injury of pain, harassment, retaliation & Police brutality, I would appreciate it that this Court will see the malice of these cops targetting me for the complaints I filed against them and award me for suffering under these Police officers authority. I am scared of the cops because they've used unnecessary excessive force on me more than several times in my life. I want the Courts to adopt a Law that all cops restrain from unnecessary & excessive force, a much stronger law! I'm afraid of them and want the Court to protect me. I want the Court to punish these cops like they've punished me!

VI. **Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Calvin Reed_

Defendants _Officer John Doe and Officer John Doe_

2. Court (if federal court, name the district; if state court, name the county) _Southern District Court._

3. Docket or Index number _10 Civ. 6775_

4. Name of Judge assigned to your case _District Judge: Barbara S. Jones_

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ✓  No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _In proses of filing motion in opposition. However, the Criminal Case has been dismissed._

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Calvin Reed_

Defendants _Department of Corrections_

2. Court (if federal court, name the district; if state court, name the county) _Southern District Court._

3. Docket or Index number _N/A at this time_

4. Name of Judge assigned to your case _Same as above_

5. Approximate date of filing lawsuit _9/2010_

6. Is the case still pending? Yes ✓  No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

The Case is still in Progress

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of Sept., 20 11.

Signature of Plaintiff   Calvin Reed
Inmate Number   349111382
Institution Address   Manhattan Detention Complex 125 White St., New York, New York 10013

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of Sept., 20 11, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Calvin Reed

August 21 2011

New York City
Civilian Complaint Review
Board 40 Rector Street,
New York, New York 10006

ATTN:     Supervisor

Re:     POLICE RETALIATION

Dear Sir/Ma'am:

    I'm writing to inform you that I've already filed complaints with this office against the 24th precinct. My last incarceration and release was from May 3, 2011, through June 14, 2011, however, weeks later, I was rearrested again. This time, the cops were looking for a "guy with dredlocks," which I've never wore before. However, they picked me out immediately without the complainant on the scene nor did they put me in a line-up. The officers handcuffed me so tight that the cuffs left dark lines on my wrist and damaged my nerves. These cops continue to harass me.

Now I'm filing another complaint against the following officers:

                        P.O. Bryant Pineda   tax no. 928969
                        Sgt. Michael Fox    tax no. 922367

and P.O. Grace, whom became very angry for taking me to the hospital by pushing me on the floor while Sgt. Fox looked on and did not say or do nothing about it. This officer pushed me hard while I was handcuffed and shackled. Therefore, I would appreciate it if this office will take into consideration on investigating this type of brutality. Eversince the precinct found out about the complaints filed against them from the internal affairs and this office, I have been getting arrested more frequently for bullshit. And while waiting to go down to the bookings, they would read my mail; response mail from other agencies also. Thereafter, the HUNT began. So please understand that I'm not breaking the law by complaining, I just want peace.

                                        Respectfully Submitted

                                        *[signature]*

                                        Calvin Reed B&C 3491112382
                                        Manhattan Detention Complex
                                        For Men 125 White Street
                                        New York, New York 10013

cc: Internal Affairs
    Action Desk 110C

    United States Attorney,
    Southern District of New York
    100 Church Street, 19th Fl.,
    New York, N.Y. 10007

    To combat Police Corruption